Please sit. So, here, the found anticipation by Moroni, and doesn't Moroni show that it's to some surface of the articular portion, if you look at Moroni figure five, reference 120. I'm not sure what you're talking about when you say it doesn't Moroni show is mounted on the articular surface, your honor. What I see in figure five is that there is a shell. Part 120 there is mounted on the articular surface, isn't it? That's called a support surface in the specification, your honor. And besides, that's below the articular surface, which is referenced by, I believe it's 122. Didn't the board conclude that that was part of the articular surface? And that's wrong. That's a problem. What's happened here, your honor, is that shell has got a central portion in the upper left-hand side that engages a spacer. And the spacer is mounted on a flat resection plane, which is 16. And if you turn over to figure one, your honor, which is on appendix page 342, there is a low arcuate line, 14, which is called a bony defect on the face of the humerus. And that bony defect is a part of the humerus that articulated with the glenoid cavity. So what is the impact of that? The impact of that is that this humeral implant of Moroni is still mounted on the flat resection plane, just like the tarnier reference and the stone reference. It's not mounted on the articulating surface. The board found that what's referred to in this figure is 20 and 16 on the other side are mounted on the articular surface, right? 20 is the whole body of that humeral implant. It's that portion, it's that end portion. Wait, it's labeled 16 on the left and may or may not be labeled 20 on the right. It's that end portion there is mounted on the articular surface, isn't it? Well, the line 34, your honor, and I'm looking at figure one now on page 342. The line 34 is specifically labeled articulate support surface. It's not the articulating portion. The board found it was. And that's and one of the reasons that you reverse the board is a misunderstanding of the reference. And we can cite a number of cases, but I don't think that's necessary. And and so if you look, if you look at figure five, the whole base, look at the specification. It talks about intimate contact being accomplished by this humeral implant down on the resected flat planar surface. I'm looking at paragraphs 50, 51, 52, and 53 concludes with a sentence. With the planar support surface 36 and the resected surface 18, both being planar. The resected surface 18 and the planar portion 36 provide intimate contact between the prosthesis and the humeral. That's where the humeral device shown in Moroni is mounted. Even under that understanding, isn't there some part of the device which Judge Dyke referred to as parts 20 and 16? There's some small part that overlaps there. That line that you're referring to, there's there's some if you if you look at the same figure, you're looking at figure one. You still see that part of 20 and part of 16 are on that articular surface, even if you cut it off where you propose. And so, Your Honor, what I need to do is go back to the word articular. And if it doesn't articulate, it's not an articular surface. I think that's what you're asking me, isn't it? I don't think so. I think that you've cut off where the articular surface is. You've said this is where the limit is. There's this line here. And what I see is that elements 20 and 61 cover part of that. Your Honor, there's a ball on the head of the humerus has to rotate in that planoid cavity. And and if you I think I remember on the Apolline's brief. Yes, on page two of the Apolline's brief, there's a picture. And that picture shows what the articular cartilage is. It's not way down there on the edge where the resection is occurring. Frankly, that doesn't show me that it's not doesn't extend that far. Then I will put it in front of you, Your Honor. Is there any evidence anywhere to show that that's the articular surface? And the answer is no, there isn't. And if the sum and substance to this case is the humoral implant in Moroni is not an anticipation because it sits flat on the resected surface of the. And I'll answer any questions. Thank you, Mr. Schoenfeld. May it please the court. As has been previously discussed with the Moroni reference, you have the hollow shell, which is over the humoral bone. And there is the contact both on the sides, as shown in the reference. And additionally, the one thing that we have not discussed yet is the disclosure in Moroni that the resection plane can be shallow or deep. So if we look at the Appendix 366, Paragraph 57, there is a discussion about the resection plane varying between shallow and deep. So not only do we have this contact sort of on the side, but there's the possibility and disclosure in Moroni that you would have contact, you know, kind of in the top as well, because you do have this hollow sphere shape. And Moroni additionally discloses on 365 in Paragraph 20 that you can accommodate different amounts of defect. So I think the disclosure of Moroni discloses in many ways that you would have, that it is configured for cooperative engagement with the articular portion of the humoral head. And again, the articular portion, there was not in the specification any definition of that given. And if we look at the figures, if we look at 87, figure 16, I mean, all we have is a part of a sphere showing the structure of what the implant is. So there is not any further definition provided of articular that would not be met by Moroni. There are no further questions. So either. OK. Thank you. Mr. Beck's. More. Your Honor, I've got a picture of the ream that forms the articular surface. I'll turn to it in a minute. But.  You know. Yes. On appendix page seventy nine. Down in the lower left hand corner in figure seven, C, you see a cup shaped reamer and the enchatic uses that reamer to smooth off or form the head of the humorous. So that his humoral implant fits on top of it. And if you look over on page. Forty eight and look at paragraph eleven, eighteen. They talk. He talks about alternatively appropriate size of the novel modular humoral reamer head is inserted and assembled. And until the novel humoral reamer has removed just enough bone to restore the proper humoral head dimensions. That's what we're talking about is the articulating surface. Read this specification. And I think that's is that's a good paragraph to refer to. If you want to look at other passages, look at paragraph 149, 150 and over on 151. That's the particular surface of the humoral head that's being discussed. The. Definition of the articular surface is not defined by how much of the head is removed in order to eliminate a defect on the humoral head of a large person or a small person. What they're removing is the articular portion so that they can fit a implant on top. And I. I think there's quite a bit of description, as I've just pointed out in the specification of what the humoral articulating surfaces that we're talking about. And it's it's not some flat surface where the humoral head's been reflected. And it's not what the Moroni patent calls is a support surface. He distinguishes between what this particular surfaces and what the support surfaces. And I think that's important in this case. OK. Thank you, Mr. Bagley. Thank both counsel cases submitted. Thank you. That concludes our session.